No. 90–5016.  ANDERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5060.  WELLS v. LACKE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–5115.  ROYAL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5141.  WHITTLESEY v. CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5143.  STEWART v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5198.  RELIFORD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5266.  SISCO v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 90–5270.  VERNOR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5521.  STEELE v. FEDERAL LAND BANK OF JACKSON ET AL.  Sup. Ct. La.  Certiorari denied.

No. 90–5522.  TIPPITT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 90–5525.  HARRIS v. ROWE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5533.  SHURY v. ROCCO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 90–5543.  MALUMPHY v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  Ct. App. Ariz.  Certiorari denied.

No. 90–5545.  HILL ET UX. v. GENERAL MOTORS CORP. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 90–5552.  SHRADER v. HOPKINS ET AL.  Ct. App. Ga. Certiorari denied.